PROB 12C
(6/16)

Report Date: November 28, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Leo Antonio Rodriguez | Case Number: 0980 2:17CR00193-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Dana Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 23, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18.U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>07/11/2018 | Prison - 1 month<br>TSR - 35 months | | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | July 17, 2018 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | June 16, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.<br><br>**Supporting Evidence**: Mr. Rodriguez failed to notify his probation officer within 72 hours after being questioned by law enforcement.<br><br>On August 1, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.<br><br>On November 21, 2018, the undersigned received a voice mail from a Spokane Police Department (SPD) officer after Mr. Rodriguez was questioned by law enforcement. The SPD officer explained that Mr. Rodriguez called 911 multiple times stating he had a hurt foot, and that people are following him and going to hurt him. The SPD officer further noted after |

Prob12C
Re: Rodriguez, Leo Antonio
November 28, 2018
Page 2

questioning that Mr. Rodriguez appeared to be acting very paranoid, was constantly repeating himself, had difficulty staying on track with the conversation, and that his behavior was consistent with someone under the influence of illicit drugs.

On November 26, 2018, Mr. Rodriguez reported to the U.S. Probation Office and acknowledged the law enforcement contact that occurred on November 21, 2018, and stated he was not charged with any crime.

2   **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Rodriguez failed to provide a urinalysis as directed by his probation officer.

On August 1, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

On November 26, 2018, Mr. Rodriguez reported to the U.S. Probation Office and the undersigned officer informed Mr. Rodriguez that a urinalysis would be collected. Mr. Rodriguez stated he was able to provide a urine sample, though after entering the lavatory for approximately 3 minutes, Mr. Rodriguez stated he was unable to provide, and he requested to be able to drink some water. The undersigned granted Mr. Rodriguez' request and walked him to the probation lobby where a drinking fountain is located.  He was informed to notify reception staff when he was able to provide and/or the undersigned would check his status in approximately 15 minutes.

The undersigned returned to the probation lobby approximately 15 to 20 minutes later, and it appeared Mr. Rodriguez had vacated the probation lobby and left the U.S. federal building. The undersigned attempted to call and text Mr. Rodriguez, though there has been no return response as of this writing.

3   **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Rodriguez failed to report to his probation officer as instructed.

On August 1, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

On November 26, 2018, Mr. Rodriguez abruptly left the U.S. Probation Office after he was informed a urinalysis was directed by his supervising officer. After Mr. Rodriguez exited the

U.S. federal building, the undersigned attempted to call Mr. Rodriguez, in which there was no response. Subsequently, a voice mail and text message was sent to Mr. Rodriguez' phone instructing him to report to the U.S. Probation office on November 27, 2018, at 8 a.m.

Mr. Rodriguez failed to report as instructed on November 27, 2018, nor was there a return phone call or text message from Mr. Rodriguez. On November 27, 2018, at approximately 2:42 p.m., the undersigned attempted to make contact with Mr. Rodriguez at his residence, in which there was no answer and the undersigned left a business card in the door. As of this writing, Mr. Rodriguez has failed to return phone calls and text messages and his current whereabouts are unknown.

4      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Rodriguez failed to report to Pioneer Human Services for his urinalysis without being excused from U.S. Probation.

On August 1, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

On August 1, 2018, Mr. Rodriguez was advised that he would be on the phase urinalysis testing program at Pioneer Human Services (PHS), in conjunction with his outpatient treatment. Mr. Rodriguez was further advised he would be on the urinalysis testing color brown-2. He was directed to call the testing line every day, and was to report to PHS on the days that brown-2 was called, in order to submit a urinalysis. Mr. Rodriguez acknowledged an understanding of this process.

On November 27, 2018, without being excused by U.S. Probation, Mr. Rodriguez failed to show to PHS and submit a urinalysis as brown-2 was scheduled on this date.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/28/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Rodriguez, Leo Antonio**
**November 28, 2018**
**Page 4**

THE COURT ORDERS

[ ]     No Action
[✓]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

_Thomas O. Rice_
Signature of Judicial Officer

November 28, 2018
Date