PROB 12C
(6/16)

Report Date: December 7, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Leo Antonio Rodriguez | Case Number: 0980 2:17CR00193-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Dana Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 23, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18.U.S.C. §§ 922(g)(1) and 924(a)(2 | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: 07/11/2018 | Prison - 1 month<br>TSR - 35 months | | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: July 17, 2018 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 16, 2021 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Rodriguez was arrested and charged with misdemeanor driving without a license and felony attempting to elude a pursuing police vehicle.<br><br>On August 1, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.<br><br>On November 29, 2018, per Lincoln County Sheriff's Office (LCSO) report 18L0004222, Mr. Rodriguez was arrested and charged with misdemeanor driving without a license and felony attempting to elude a pursuing police vehicle. Report 18L0004222 indicated a marked |

Prob12C
Re: Rodriguez, Leo Antonio
December 7, 2018
Page 2

LCSO vehicle activated its emergency lights in an attempt to stop a green sedan vehicle driven by a male matching the description of Mr. Rodriguez. Upon the LCSO vehicle emergency lights being activated, the green sedan accelerated and attempted to elude the marked LCSO vehicle by traveling at a high rate of speed through intersections. Thereafter, a resident called 911 to report the aforementioned green sedan crashed into her yard and an individual matching the description of Mr. Rodriguez removed himself from the green sedan and jumped over a fence. LCSO deputies searched the area and ultimately located Mr. Rodriguez in a disabled vehicle.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/07/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_Thomas O. Rice_
Signature of Judicial Officer

December 7, 2018
Date